05 151 TCP:SH 9/7/05

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17
SHEET METAL WORKERS INSURANCE FUND,
THE LOCAL 17 SHEET METAL APPRENTICESHIP
FUND OF RI AND THE LOCAL 17 SHEET METAL
INDUSTRY FUND OF RI

VS C. A. NO. 05 355 ML

AIRPRO MECHANICAL COMPANY, INC.

**ANSWER OF DEFENDANT**

The defendant, Airpro Mechanical Company, Inc., for answer to plaintiff's complaint hereby states the following:

FIRST DEFENSE

Defendant denies the allegations contained in paragraphs 1, 2, 3, 4, 6, 8, 9, 10, 11, 12, 13, 14, 16 and 17.

Defendant neither admits nor denies the allegations contained in paragraphs 5, 7 and 15.

SECOND DEFENSE

Plaintiff's complaint fails to state a claim upon which relief may be granted in that the defendant has no legal obligation to the plaintiffs.

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX

TO Robert D. Goldberg, Esq.
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: September 7, 2005

S. Harrison