**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' INSURANCE FUND, THE LOCAL 17 SHEET METAL APPRENTICESHIP FUND OF RHODE ISLAND and THE LOCAL 17 SHEET METAL INDUSTRY FUND OF RHODE ISLAND :

v. : C.A. NO: 05-355ML

AIRPRO MECHANICAL COMPANY, INC. :

**MOTION FOR SUMMARY JUDGMENT**

Now come Plaintiff Funds INSURANCE FUND, APPRENTICESHIP FUND and INDUSTRY FUND in the above entitled cause and moves for Summary Judgment. As a basis for said Motion, Plaintiffs represent that there are no genuine issues of material fact. Plaintiffs are entitled to a Judgment as a matter of law.

Specifically, Plaintiffs represent that Defendant is obligated to pay to Plaintiffs' fund a sum certain for each hour worked for each covered employee pursuant to a collective bargaining agreement entered into by the parties. Defendant is in breach of said agreement and has failed to pay said sums and is now in substantial arrears.

Plaintiffs further represent that they are entitled to liquidated damages and counsel fees pursuant to 29 USC 1132 and the terms of the Trust Agreement.

Plaintiffs are owed the following amounts through October 1, 2005:

| | |
|---|---|
| Health & Welfare Fund | 72,208.00 |
| Industry Promotion Fund | 942.75 |
| Apprenticeship Training Fund | 4,572.24 |
| *Subtotal* | 77,722.99 |
| Liquidated Damages | 4,291.00 |
| *Total* | 82,013.99 |

**WHEREFORE** Plaintiffs pray:

1) That Judgment be entered against Defendant, AIRPRO MECHANICAL COMPANY, INC., in favor of Plaintiffs' Health & Welfare Fund in the principal amount of $72,208.00 plus liquidated damages in the amount of $4,291.00, plus a reasonable attorney's fee in accordance with the attached affidavit.

2) That Judgment be entered against Defendant, AIRPRO MECHANICAL COMPANY, INC., in favor of Plaintiffs' Industry Promotion Fund in the principal amount of $942.75 plus a reasonable attorney's fee in accordance with the attached affidavit.

3) That Judgment be entered against Defendant, AIRPRO MECHANICAL COMPANY, INC., in favor of Plaintiffs' Apprenticeship Training Fund in the principal amount of $4,572.24 plus a reasonable attorney's fee in accordance with the attached affidavit.

4) That this Honorable United States District Court grant such further relief as it deems appropriate.

PLAINTIFFS
By their Attorney,

Robert D. Goldberg #1733
Goldberg Law Offices
226 Cottage Street, PO Box 557
Pawtucket, RI 02862-0557
Tel: (401) 728-1510
Fax: (401) 725-3355

**CERTIFICATION**

I hereby certify that on the 23rd day of December 2005, I mailed a true copy of the within *Plaintiffs' Motion for Summary Judgment w/attached Memorandum*, via first class mail postage prepaid to:

Thomas C. Plunkett, Esquire
John La Terra Bellina, Esquire
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

______________________

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 :
SHEET METAL WORKERS' INSURANCE :
FUND, THE LOCAL 17 SHEET METAL :
APPRENTICESHIP FUND OF RHODE :
ISLAND and THE LOCAL 17 SHEET METAL :
INDUSTRY FUND OF RHODE ISLAND :

v. : C.A. NO: 05-355ML

AIRPRO MECHANICAL COMPANY, INC. :

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

This is a collection case. Specifically, Plaintiffs' Trust Funds seek to collect delinquent payments from Defendant pursuant to a Collective Bargaining Agreement entered into between Local Union 17 Sheet Metal Workers and the Defendant, Airpro Mechanical Company, Inc. This action is brought pursuant to 29 U.S.C. 1000 *et seq.* and more specifically, 29 U.S.C. 1132.

The Collective Bargaining Agreement obligated the Defendant to pay Plaintiffs a sum certain for each hour worked by an employee or owner/member. Said amounts are as follows:

| | | |
|---|---|---|
| Health & Welfare Fund | $6.90 | per hour per employee |
| Industry Promotion Fund | $0.14 | per hour per employee |
| Apprenticeship Training Fund | $0.55 | per hour per employee |

Defendant, Airpro Mechanical Company, Inc., has failed to make contributions in a timely manner and is presently in arrears and continuing. Defendant owes Plaintiffs the

following: Health & Welfare Fund- $72,208.00; Industry Promotion Fund- $942.75; and Apprenticeship Training Fund- $4,572.24 plus liquidated damages and attorney's fees.

In conclusion, Defendant, Airpro Mechanical Company, Inc., has no counterclaim, defense or set off to the amounts owed to the respective funds.

PLAINTIFFS
By their Attorney,

Robert D. Goldberg #1733
GOLDBERG LAW OFFICES
226 Cottage Street, PO Box 557
Pawtucket, RI 02862-0557
Tel: (401) 728-1510
Fax: (401) 725-3355