**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 :
SHEET METAL WORKERS' INSURANCE :
FUND, THE LOCAL 17 SHEET METAL :
APPRENTICESHIP FUND OF RHODE :
ISLAND and THE LOCAL 17 SHEET METAL :
INDUSTRY FUND OF RHODE ISLAND :

v. : C.A. NO: 05-355ML

AIRPRO MECHANICAL COMPANY, INC. :

**AFFIDAVIT OF DONALD LAVIN**

I, Donald Lavin, being duly sworn on oath depose and say as follows:

1. I am the administrator and bookkeeper for the Plaintiff Funds INSURANCE FUND, APPRENTICESHIP FUND and INDUSTRY FUND.

2. Pursuant to the collective bargaining agreement, the Defendant, Airpro Mechanical Company, Inc., was obligated to make contributions for each employee covered by The Local Union 17 to Plaintiff Funds INSURANCE FUND, APPRENTICESHIP FUND and INDUSTRY FUND.

3. Defendant, Airpro Mechanical Company, Inc., failed and refused to make said contributions as agreed.

4. Defendant, Airpro Mechanical Company, Inc., owes the Plaintiffs' Health & Welfare Fund the principal sum of $72,208.00 as of November 1, 2005.

5. Defendant, Airpro Mechanical Company, Inc., owes the Plaintiffs' Industry Promotion Fund the principal sum of $942.75 as of November 1, 2005.

6. Defendant, Airpro Mechanical Company, Inc., owes the Plaintiffs' Apprenticeship Training Fund the principal sum of $4,572.24 as of November 1, 2005.

7. Defendant, Airpro Mechanical Company, Inc., has no counterclaim, defense or set off to the amounts owed to the respective funds.

DONALD LAVIN

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 22ND day of DECEMBER 2005.

Notary Public: Thomas D. Goldberg
My Commission Expires: 6/20/09

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' INSURANCE FUND, THE LOCAL 17 SHEET METAL APPRENTICESHIP FUND OF RHODE ISLAND and THE LOCAL 17 SHEET METAL INDUSTRY FUND OF RHODE ISLAND | : | |
| v. | : | C.A. NO: 05-355ML |
| AIRPRO MECHANICAL COMPANY, INC. | : | |

**AFFIDAVIT**

I, Robert D. Goldberg, being duly sworn on oath depose and say:

1. I am duly licensed to practice law in the State of Rhode Island and have been continuously engaged in the practice since 1976.

2. The customary hourly billing rate for Goldberg Law Offices is $250.00 per hour.

3. Goldberg Law Offices have performed the services as set forth in the attached statement, which I deem to be reasonable and necessary.

[signature]
ROBERT D. GOLDBERG

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me at Pawtucket on this 22nd day of DECEMBER 2005.

[signature]
NOTARY PUBLIC: Rosa Maria Rocha
My Commission Expires: 5/08/06

# Goldberg Law Offices

*Attorneys and Counselors at Law*

ROBERT D. GOLDBERG
THOMAS D. GOLDBERG

MAILING ADDRESS:
P.O. BOX 557
PAWTUCKET, RI 02862-0557
TELEPHONE (401) 728-1510
TELEFAX (401) 725-3355

PAWTUCKET OFFICE:
226 COTTAGE STREET
PAWTUCKET, RI 02860
(401) 728-1510

WAKEFIELD OFFICE:
SOUTH KINGSTOWN OFFICE PARK
SUITE C-6
24 SALT POND ROAD
WAKEFIELD, RI 02879
(401) 783-9202

**RE: TRUSTEES OF THE LOCAL UNION NO. 17 SHEET METAL WORKERS' INSURANCE FUND, THE LOCAL 17 SHEET METAL APPRENTICESHIP FUND OF RHODE ISLAND and THE LOCAL 17 SHEET METAL INDUSTRY FUND OF RHODE ISLAND**
**VS: AIRPRO MECHANICAL COMPANY**
**U.S District Court No: 05-355ML**

| DATE | FUNCTION | TIME |
|---|---|---|
| 6.1.05 | Telephone Conference w/Donald Lavin re: dues owed | .25 |
| 8.22.05 | Review of Trust and Union Contracts; Preparation of Complaint/Cover Sheet/(2) Summons; Hand File w/Clerk of U.S. District Court | 3.5 |
| 8.29.05 | File executed Summons w/Clerk of U.S. District Court | .25 |
| 9.8.05 | Receipt of Attorney Plunkett's "Answer of Defendant" | .25 |
| 9.21.05 | Review of File; Preparation of *proposed* "Request for Production of Documents" w/letter to Attorney Plunkett to voluntarily provide the information being requested | 1.0 |
| 9.23.05 | Legal Research @ Law Library | 2.0 |
| 9.27.05 | Receipt of U.S. District Court's notice of pretrial conference; Correspondence to Donald Lavin w/copies of all pleadings | .50 |
| 9.30.05 | Review of File; Preparation of DRAFT pretrial statement; Telephone Calls w/Donald Lavin | 2.0 |
| 10.3.05 | Review of File; Preparation of "Plaintiffs' Request for Production of Documents Pursuant to Rule 34" + "Memorandum in Support of Plaintiffs' Request"; Several telephone calls w/Donald Lavin; Preparation of "Plaintiffs' Pre-Trial Statement" | 2.75 |
| 10.5.05 | Receipt of Attorney Plunkett's objection re: request for production | .25 |
| 10.7.05 | Receipt of Donald Lavin's letter re: spreadsheet/reports | .25 |
| 10.20.05 | Receipt of Attorney Plunkett's correspondence re: stipulation; Review of File; Telephone Conference w/Donald Lavin | .75 |
| 10.26.05 | PRETRIAL CONFERENCE @ U.S. DISTRICT COURT [Judge Lisi] | 1.0 |
| 10.28.05 | Receipt of Judge Lisi's "Pretrial Order" w/scheduled dates of discovery closure/dispositive motions/etc. | 0 |
| 11.1.05 | Review of File; Phone Call w/Donald Lavin re: receipt of "Notice of Mandatory Settlement Conference" w/Judge Lovegreen | .50 |
| 11.7.05 | Review of Attorney Plunkett's response to request for production | .25 |

| | | |
|---|---|---|
| 11.9.05 | Phone Call w/Donald Lavin re: representatives at conference | .25 |
| 11.17.05 | SETTLEMENT CONFERENCE @ U.S. DISTRICT COURT [Judge Lovegreen] | .75 |
| 11.22.05 | Review of File; Preparation of DRAFT Motion for Summary Judgment | 1.0 |
| 11.25.05 | Preparation of Motion for Summary Judgment + Memo in Support of MSJ, Affidavit of Donald Lavin and Motion for Prejudgment Attachment + Memo in Support | 3.0 |
| 11.28.05 | Multiple Phone Calls w/Attorney LaTerra Bellina & Donald Lavin re: agreement on judgment language | .5 |
| 11.30.05 | Review of File; Preparation of Judgment | .75 |
| 12.7.05 | SETTLEMENT CONFERENCE @ U.S. DISTRICT COURT [Judge Lovegreen] | .50 |
| 12.16.05 | Review of File; Revisions to Consent Judgment; Forward DRAFT to Attorney La Terra Bellina | 1.0 |
| 12.20.05 | Phone Call w/Attorney Bellina re: evisions to DRAFT Consent Judgment | 1.0 |
| 12.21.05 | Review of File; Preparation of Motion for Summary Judg,ment | 1.5 |
| | | |
| | | |
| | | |
| | **TOTAL HOURS** | **25.75** |

Total Hours
25.75 HRS @ $250.00 PER HOUR = 6,437.50

Out of Pocket Costs

| | | |
|---|---|---|
| 9/01/05 | Constable Guilfoyle- Service of Summons Fee | 50.00 |
| 8/22/05 | Clerk of U.S. District Court- Complaint Filing Fee | 250.00 |
| | | 300.00 |

**BALANCE DUE AND OWING** **$6,737.50**

WestBay Investigation & Associates

PO Box 1111
East Greenwich, RI 02818

# Invoice

| Date | Invoice # |
|---|---|
| 8/25/2005 | 270 |

| Bill To |
|---|
| Goldberg Law<br>226 Cottage St.<br>Pawtucket, RI 02862 |

| Item | Description | Rate | Amount |
|---|---|---|---|
| Federal Summons | For service of the following Writ<br>Airpro Mechanical Co. (Local 17) | 50.00 | 50.00 |

Security enhanced document. See back for details.

41371

GOLDBERG LAW OFFICES
226 COTTAGE ST.
P.O. BOX 557
PAWTUCKET, RI 02862

57-1/115 RI
11002

DATE 9.1.05

PAY TO THE ORDER OF Constable Kenneth Guilfoyle $ 50.00

Fifty and xx/100 DOLLARS

Security features are included. Details on back.

Bank of America

ACH R/T 011500010

FOR Trustees v. Airpro mechanical

⑈041371⑈ ⑆011500010⑆ 0000631545 6⑈

GUARDIAN ® SAFETY ©Clarke American RA

Please make checks payable to Kenneth Guilfoyle

| | |
|---|---|
| **Total** | $50.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $50.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (401) 885-1166 | (401) 884-2326 | WestBay51@aol.com | WestBayInvestigation.com |

Mon Aug 22 13:53:33 2005

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 61060
Cashier bdamico

Check Number:

| DO Code | Div No |
|---|---|
| 4670 | 1 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 60.00 |
| 2:510000 | N | 2 | 190.00 |

Total Amount $ 250.00

CA05-355ML

Goldberg Law, 226 Cottage St., Pawt
., RI 02862

cn

GOLDBERG LAW OFFICES
226 COTTAGE ST.
P.O. BOX 557
PAWTUCKET, RI 02862

41337

57-1/115 RI
11002

DATE 8.22.05

PAY TO THE ORDER OF Clerk of the United States District Court (RI) $ 250.00

Two Hundred Fifty and xx/100 DOLLARS

Bank of America

ACH R/T 011500010

FOR Trustees of Local Union 17 v. Airpro Mechanical

Security enhanced document. See back for details.

⑈041337⑈ ⑆011500010⑆ 000063154556⑈