RECEIVED
JAN 31 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF RHODE ISLAND**

TRUSTEES OF THE LOCAL UNION NO. 17 :
SHEET METAL WORKERS' INSURANCE :
FUND, THE LOCAL 17 SHEET METAL :
APPRENTICESHIP FUND OF RHODE :
ISLAND and THE LOCAL 17 SHEET METAL :
INDUSTRY FUND OF RHODE ISLAND :

v. : C.A. NO: 05-355ML

AIRPRO MECHANICAL COMPANY, INC. :

## JUDGMENT

By agreement of the parties Judgment may enter against Defendant, Airpro Mechanical Company, Inc. as follows:

1) Plaintiffs' Health & Welfare Fund is granted a Judgment against Defendant, Airpro Mechanical Company, Inc., in the principal amount of $72,216.91 plus liquidated damages in the amount of $4,856.39 plus attorney fee in the amount of $2,000 for a total of $79,073.30.

2) Plaintiffs' Industry Promotion Fund is granted a Judgment against Defendant, Airpro Mechanical Company, Inc., in the principal amount of $943.67 plus an attorney fee of $2,000 for a total of $2,943.67.

3) Plaintiffs' Apprenticeship Training Fund is granted a Judgment against Defendant, Airpro Mechanical Company, Inc., in the principal amount of $4,421.20 plus an attorney fee of $2,000 for a total of $6,421.20.

**ENTER:**

~~Justice~~ USDJ 1/31/06

**PER ORDER:**

Clerk

**ASSENTED TO:**

Robert D. Goldberg #1733
*Counsel for Plaintiffs*
GOLDBERG LAW OFFICES
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355

DATED: January 31, 2006

Giovanni La Terra Bellina #6070
*Counsel for Defendant*
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
Tel: (401) 831-2900
Fax: (401) 331-7123

DATED: January 31, 2006